IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RIVERA,<br><br>Defendant. | No. 26-CR-04054<br><br>**INDICTMENT**<br><br>**<u>Count 1</u>**<br>18 U.S.C. § 922(g)(1):<br>Possession of a Firearm by a Felon<br><br>**<u>Count 2</u>**<br>26 U.S.C. § 5861(d):<br>Possession of a National Firearms Act Firearm/Silencer Not Registered to Possessor<br><br>**<u>Count 3</u>**<br>18 U.S.C. § 922(j):<br>Possession of a Stolen Firearm |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about June 25, 2026, in the Northern District of Iowa, defendant JOSE RIVERA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Smith & Wesson, Carl Walther M & P, .22 caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: (1) Attempted Possession of Methamphetamine with Intent to Distribute, a Class II Felony, in the Nebraska

District Court for Dakota County, on or about December 14, 2021, in case number CR21-188 and (2) Possession of a Deadly Weapon by a Prohibited Person in the Douglas County District Court, on or about March 1, 2024, in case number CR23-2984

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 2

### Possession of a National Firearms Act Firearm/Silencer Not Registered to Possessor

On or about June 25, 2026, in the Northern District of Iowa, defendant JOSE RIVERA, knowingly possessed a National Firearms Registration and Transfer Record Firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(7) and 18 U.S.C. 921(a)(25) namely, a silencer, and that silencer was not registered to him in the National Firearms Registration and Transfer Record.

This was in violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.

## Count 3

### Possession of a Stolen Firearm

On or about June 25, 2026, in the Northern District of Iowa, defendant JOSE RIVERA, knowingly possessed a stolen firearm, that is, a Smith & Wesson, Carl Walther M & P .22 caliber pistol, and the firearm was in and affecting commerce, knowing and having reasonable cause to believe the firearm was stolen.

This was in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL

[redacted] 9-16-26
Date

LEIF OLSON
United States Attorney

By:

FORDE FAIRCHILD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 09.17.2026
PAUL DE YOUNG, CLERK